IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01886-MSK-OES

DONALD H. ALLEN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

The Court has considered the parties' Joint Motion of Dismissal with Prejudice. Now, being duly advised on the premises, THE COURT DOES HEREBY ORDER AS FOLLOWS:

1.     This action is DISMISSED with prejudice and the Clerk shall close the file;

2.     Each party shall bear their own costs and attorneys fees.

Dated this 21st day of July, 2005.

                                                  **BY THE COURT:**

                                                  */s/ Marcia S. Krieger*
                                                  _____

                                                  Marcia S. Krieger
                                                  United States District Judge